UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANAM ANSARI,<br><br>        Plaintiff,<br><br>    v.<br><br>PHARMACA INTEGRATIVE PHARMACY, INC.,<br><br>        Defendant. | Case No. 15-cv-01981-TEH<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

    Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated: 07/28/15    _____
                                  THELTON E. HENDERSON
                                  United States District Judge