Mark L. Venardi (SBN 173140)
mvenardi@vefirm.com
Martin Zurada (SBN 218235)
mzurada@vefirm.com
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California  94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiff
SANAM ANSARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANAM ANSARI,** | **Case No.: 3:15-cv-01981-TEH** |
| Plaintiff, | **JOINT REQUEST FOR DISMISSAL** |
| vs. | |
| **PHARMACA INTEGRATIVE PHARMACY, INC.** | |
| Defendant. | |

Plaintiff SANAM ANSARI and Defendant PHARMACA INTEGRATIVE PHARMACY, INC. (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter, with prejudice.

//

//

Respectfully Submitted,

Dated: November 4, 2015                    VENARDI ZURADA LLP


/s/ Mark L. Venardi
MARK L. VENARDI
MARTIN ZURADA
Attorneys for Plaintiff
SANAM ANSARI


Dated: November 5, 2015                    LITTLER MENDELSON


/s/ Theodora R. Lee
THEODORA R. LEE
JOHN S. HONG
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PHARMACA INTEGRATIVE PHARMACY, INC.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/10/2015
IT IS SO ORDERED
Judge Thelton E. Henderson

- 2 -

**JOINT REQUEST FOR DISMISSAL**                    **CASE NO. 3:15-CV-01981-TEH**